ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U S DISTRICT COURT
MAY 14 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                                   DEPUTY

| Ken Wahl, et al | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV 07-2779 SJO (AJWx) |
| v. | |
| Menu Foods Income Fund, et al | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 ( Related Cases) |
| Defendant(s). | |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

_5/11/07_                                    _George H. King_
Date                                          United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____

_____                              _____
Date                                          United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case _____CV 07-1958 GHK (AJWx)_____ and the present case:

☑ A. Arise from the same or closely related transactions, happenings or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**NOTICE TO COUNSEL FROM CLERK**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge_____NA_____ to Magistrate Judge_____NA_____.

On all documents subsequently filed in this case, please substitute the initials ___GHK___ after the case number in place of the initials of the prior judge, so that the case number will read ___CV 07-2779 GHK(AJWx)___. This is very important because documents are routed to the assigned judges by means of these initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the ☑ Western ☐ Southern ☐ Eastern Division.

Subsequent documents must be filed at the ☑ Western ☐ Southern ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.

CV-34 (07/05)     ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 ( Related Cases)

MAY 10 2007                                                           ENTERED ON CM 5/14/07

dockets.Justia.co