

DOCKET NO. 1850

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

CV 07-2779- GHK (AJWx)

*IN RE PET FOOD PRODUCTS LIABILITY LITIGATION*

Wahl vs Menu Food

(SEE ATTACHED SCHEDULE)

*CONDITIONAL TRANSFER ORDER (CTO-1)*

On June 19, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.2d_ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Noel L. Hillman.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Hillman.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of June 19, 2007, and, with the consent of that court, assigned to the Honorable Noel L. Hillman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL 1 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Dockets.Justia.com

# SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## DOCKET NO. 1850
### IN RE PET FOOD PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**　　　　**CASE CAPTION**

**ARKANSAS EASTERN**
ARE  4  07-376　　　　Scott Stacey, et al. v. Nestle SA, et al.

**ARKANSAS WESTERN**
ARW  4  07-4036　　　Kirby Cooper v. Menu Foods Income Fund, et al.
ARW  5  07-5065　　　Sandra L. Gray, et al. v. Menu Foods, et al.

**CALIFORNIA CENTRAL**
CAC  2  07-1987　　　Paul Randolph Johnson, et al. v. Menu Foods, Inc., et al.
CAC  2  07-2060　　　Dawn Howe v. Menu Foods Ltd., et al.
CAC  2  07-2253　　　Lois Grady, et al. v. Menu Foods Income Fund, et al.
CAC  2  07-2338　　　Kelly Finestone v. Menu Foods, Inc., et al.
CAC  2  07-2476　　　Richard Chamberlain v. Nestle SA, et al.
CAC  2  07-2779　　　Ken Wahl, et al. v. Menu Foods Income Fund, et al.
CAC  2  07-2964　　　Jayne Englander, et al. v. Menu Foods Income Fund, et al.
CAC  5  07-398　　　 Dennis Lee Townsend, et al. v. Menu Foods Ltd., et al.

**CALIFORNIA EASTERN**
CAE  2  07-654　　　 Cheryl Carver v. Del Monte Foods Co., et al.

**CALIFORNIA NORTHERN**
CAN  3  07-1809　　　Sherry Ingles v. Menu Foods, Inc., et al.
CAN  3  07-2665　　　Diane Lowery v. Menu Foods Income Fund, et al.

**CALIFORNIA SOUTHERN**
CAS  3  07-705　　　 Robert Payne, et al. v. Menu Foods, Inc., et al.
CAS  3  07-706　　　 Diane Swarberg v. Menu Foods Holding, Inc., et al.
CAS  3  07-734　　　 Hayley Ford, et al. v. Menu Foods Income Fund, et al.
CAS  3  07-951　　　 John Colliard v. Menu Foods, Inc., et al.

**COLORADO**
CO  1  07-736　　　　Emily Tompkins v. Menu Foods Midwest Corp., et al.

**FLORIDA MIDDLE**
FLM  2  07-235　　　 Maria Teresa Ferrarese v. Menu Foods, Inc., et al.
FLM  6  07-803　　　 George Birney, et al. v. Menu Foods, Inc.

**FLORIDA SOUTHERN**
FLS  1  07-20955　　 Stephen Donnelly, et al. v. Menu Foods, Inc., et al.

**IDAHO**
ID  1  07-160　　　　Larry Klimes, et al. v. Menu Foods

**ILLINOIS NORTHERN**
ILN  1  07-2162　　　Heather Amro v. Menu Foods Income Fund, et al.
ILN  1  07-2183　　　Gary Bruski v. Menu Foods, Inc , et al
ILN  1  07-2211　　　Raymond Demith, et al. v. Nestle Purina Petcare Co., et al.
ILN  1  07-2237　　　Sonja Foxe v. Menu Foods, Inc., et al

SCHEDULE CTO-1 - TAG-ALONG ACTIONS (MDL-1850)                                    PAGE 2 OF 3

**DIST. DIV. C.A. #**           **CASE CAPTION**

MASSACHUSETTS
  MA  1  07-10745              Lidia Rodrigues v. Menu Foods, Inc., et al.
  MA  1  07-10797              Megan Connerton, et al. v. Menu Foods Midwest Corp., et al.

MAINE
  ME  2  07-54                 Mara Brazilian v. Menu Foods Income Fund, et al.

MINNESOTA
  MN  0  07-1808               Stephanie Rozman v. Menu Foods Midwest Corp., et al.
  MN  0  07-2108               Wendy Krosschell v. Menu Foods Income Fund, et al.

MISSOURI WESTERN
  MOW 3  07-5041               Richard Schwinger v. Menu Foods, et al.

MISSISSIPPI SOUTHERN
  MSS 5  07-105                Sarah Cavin v. Menu Foods, et al.

NEVADA
  ~~NV  2  07-686~~            ~~Maragaret Picus v. Wal-Mart Stores, Inc., et al.~~   Opposed 7-16-07
  NV  3  07-159                Marion Streczyn v. Menu Foods, Inc., et al.

NEW YORK SOUTHERN
  NYS 1  07-3236               Mark Cashman, et al. v. Menu Foods Midwest Corp., et al.

OHIO NORTHERN
  OHN 1  07-1018               Gregory Boehm v. Menu Foods, Inc., et al.

PENNSYLVANIA MIDDLE
  PAM 1  07-929                Dixie Keller v. Menu Foods Ltd., et al.

RHODE ISLAND
  RI  1  07-115                Carol Brown v Menu Foods, Inc., et al.

TENNESSEE EASTERN
  TNE 3  07-98                 Barbara Light v. Menu Foods Income Fund

WASHINGTON WESTERN
  WAW 2  07-575                Laura Migliore v. Menu Foods
  WAW 2  07-576                Gail Moran v. Menu Foods
  WAW 2  07-577                Sheryl Puett v. Menu Foods
  WAW 2  07-634                Daniel Ray Reeves v. Menu Foods
  WAW 2  07-666                Sheree A. Robinson v. Menu Foods
  WAW 2  07-667                Phyllis A. Ullman v Menu Foods
  WAW 2  07-668                Elizabeth Palmer v. Menu Foods
  WAW 2  07-669                Jason Labbate v. Menu Foods
  WAW 2  07-670                Megan Whitt v. Menu Foods
  WAW 2  07-684                Linda Weitz v. Menu Foods
  WAW 2  07-685                Michelle Adams v. Menu Foods

SCHEDULE CTO-1 - TAG-ALONG ACTIONS (MDL-1850)                                    PAGE 3 OF 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| WAW 2 07-686 | Lerae Dineen v Menu Foods |
| WAW 2 07-687 | Sandra Shingle v. Menu Foods |
| WAW 2 07-688 | Gary Thomas v. Menu Foods |
| WAW 2 07-689 | Deborah A. Mullen v. Menu Foods |
| WAW 2 07-690 | Helen Percy v. Menu Foods |
| WAW 2 07-745 | Paula Monk v Menu Foods |
| WAW 2 07-746 | Tony Boyer v. Menu Foods |
| WAW 2 07-747 | Norman Brenton v. Menu Foods |
| WAW 2 07-748 | Lynda Nagel v. Menu Foods |
| WAW 2 07-749 | Teresa Eilers v. Menu Foods |
| WAW 3 07-5204 | Jeff Rusiecki v. Menu Foods |
| WAW 3 07-5205 | Nancy Guthrie v. Menu Foods |

WISCONSIN WESTERN
| WIW 3 07-159 | Jacqueline Johnson v. The Procter & Gamble Co., et al. |
| WIW 3 07-248 | Penny J. Roberts, et al. v. Menu Foods Income Fund, et al. |

SCANNED

| | | |
|---|---|---|
| William T. Walsh<br>Clerk | **UNITED STATES DISTRICT COURT<br>MARTIN LUTHER KING, JR.<br>FEDERAL BLD & U.S. COURTHOUSE<br>50 WALNUT STREET<br>P.O. BOX 419<br>NEWARK, N.J. 07101-0419** | CAMDEN OFFICE<br>4th & Cooper Streets<br>P O. Box 2797<br>Camden, N.J  08101<br><br>TRENTON OFFICE<br>402 East State Street<br>P O. Box 515<br>Trenton, N J. 08603 |

July 20, 2007

REPLY TO CAMDEN

Michael W. Dobbins, Clerk
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: MDL1850 In Re: Pet Food Products Liability Litigation

District of New Jersey Civil Action No.  1:07cv2867(NLH)(AMD)

Dear Clerk:

    Enclosed is a certified copy of the Order of the Judicial Panel on Multidistrict Litigation, transferring certain action(s) presently pending in your Court to the District of New Jersey and assigning it to the Honorable Noel L. Hillman, USDJ for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407. Please see the attached list for the cases that pertain to your Court.

    If your court is currently on CM/ECF Version 3.0 you can transfer the case to us via Case Extraction in Utilities. If you have any questions, please call me at 856-757-5021.

    Please return the copy of this letter when transmitting your file(s) and certified copy of the docket sheet(s).

                                                     Sincerely,

                                                     WILLIAM T. WALSH, Clerk

                                                     s/Marcy Barratt
                                                     Deputy Clerk

Enc.

cc: Jeffrey N. Luthi
    Clerk, Judicial Panel on Multidistrict Litigation

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF KANSAS

INGRID A. CAMPBELL
ACTING CLERK
E-MAIL Ingrid_Campbell@ksd.uscourts.gov

KIM LEININGER
ACTING CHIEF DEPUTY CLERK

259 ROBERT J DOLE U S COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KANSAS 66101
(913) 551-5734

July 30, 2007

204 U S COURTHOUSE
401 N MARKET
WICHITA, KANSAS 67202
(316) 269-6491

490 U S COURTHOUSE
444 S E QUINCY
TOPEKA, KANSAS 66683
(785) 295-2610

G-8 US Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Re: MDL - 1840 In Re Motor Fuel Temperature Sales Practices Litigation

Your Case: 07-1216 Lerner vs. Costco and 07-280 Eller vs. Chevron USA

Dear Clerk:

Enclosed please find a certified copy of the order from the Judicial Panel on Multi-district Litigation transferring the above entitled action to the District of Kansas, Kansas City, KS. The case has been assigned to the Honorable Kathryn H. Vratil for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

Please forward the original record and a certified copy of the docket entries in the case listed above along with the enclosed copy of the transmittal letter to:

United States District Court
Office of the Clerk
500 State Avenue, Room 259
Kansas City, KS 66101
Attention: Carol Kuhl

If the case is an electronic case filing please do the following: Email the PDF documents, as separate PDF files, including a PDF copy of the docket sheet to carol_kuhl@ksd.uscourts.gov.

Sincerely,

Ingrid A. Campbell, Acting Clerk

By: *Carol Kuhl*